# Mound Cotton Wollan & Greengrass LLP

Counsellors at Law
One New York Plaza
New York, NY 10004-1901

GUYON H KNIGHT
PARTNER
212-804-4501
GKnight@moundcotton.com

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

January 8, 2025

**Via ECF**

The Honorable John P. Cronan
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *The Travelers Indemnity Company v. Allied World Assurance Company (U.S.) Inc.*, No. 24-CV-6798 (S.D.N.Y.)

Dear Judge Cronan:

I represent Defendant in this action. I write pursuant to Rule 3.B of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the initial pretrial conference, which is currently scheduled for February 6, 2025 at 2:00 p.m. I will be participating in an arbitration hearing from February 2 to 6, 2025, and will be unable to attend the initial pretrial conference at its currently scheduled time. I respectfully ask that the conference be adjourned to the week of February 10, 2025 (with the exception of February 12, 2025, when summations for my arbitration will take place).

I have met and conferred with counsel for Plaintiff who consents to the relief sought in this motion. This is the first request either party has made for an adjournment of the initial pretrial conference.

Respectfully submitted,

*/s/ Guyon Knight*

Guyon H. Knight

The request is granted. The Initial Pretrial Conference currently scheduled for February 6, 2025, is adjourned to February 11, 2025, at 11:30 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 23027552307. The Clerk of Court is respectfully directed to close Docket Number 16.

SO ORDERED.
Date: January 10, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge