# Mound Cotton Wollan & Greengrass LLP

GUYON H. KNIGHT
PARTNER
212-804-4501
GKnight@moundcotton.com

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

January 31, 2025

**Via ECF & E-mail**

The Honorable John P. Cronan
U.S. District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

  Re: *The Travelers Indemnity Co. v. Allied World Assurance Co. (U.S.) Inc.*,
    No. 24-cv-6798 (S.D.N.Y.)

Dear Judge Cronan,

  I represent Defendant Allied World Assurance Co. (U.S.) Inc. ("Allied World") in this action. I write respectfully pursuant to Rule 3.B of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the Initial Pretrial Conference from February 6, 2024 to **February 11, 2025**, or another date after February 6 that is convenient for the Court. I am participating in an arbitration evidentiary haring the week of February 3, 2025, which is scheduled to continue through February 6. As I am the only attorney at my firm working on this matter, I cannot guarantee that any attorney representing Allied World will be available to attend the Initial Pretrial Conference at its currently scheduled date and time.

  This is my second request for an adjournment of the Initial Pretrial Conference. The Court granted my initial request and scheduled the Initial Pretrial Conference for February 11, 2025 at 11:30 a.m. *See* Dkt. 16, 17. But on January 28, 2025, the Court rescheduled the Initial Pretrial Conference back to February 6, 2025 at 2:00 p.m. *See* Dkt. 18.

  I have met and conferred with counsel for Plaintiff, who consents to the relief sought in this motion. Plaintiff's counsel notes that she is unavailable on February 13 and 19, 2025, should the Court not reschedule the Initial Pretrial Conference to February 11, 2025.

MOUND COTTON WOLLAN & GREENGRASS LLP

January 31, 2025
Page 2

                    Respectfully submitted

                    */s/ Guyon Knight*

                    Guyon H. Knight

The request is granted. The Initial Pretrial Conference currently scheduled for February 6, 2025, is adjourned to February 11, 2025, at 12:00 p.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 23027552307. The Clerk of Court is respectfully directed to close Docket Number 20.

SO ORDERED.
Date: February 3, 2025
New York, New York

                    _____
                    JOHN P. CRONAN
                    United States District Judge